**50 Gramercy Park North Owners Corp.**, Appellant, v **GPH Partners LLC (Sponsor)** et al., Respondents. (And a Third-Party Action.) [50 NYS3d 870]—

Order, Supreme Court, New York County (Jeffrey K. Oing, J.), entered June 13, 2016, which denied plaintiff's motion for partial summary judgment on the first, eighth through tenth, twelfth through seventeenth, and twenty-third causes of action, unanimously affirmed, without costs.

Defendants' denials in their answer were not improper and do not entitle plaintiff to summary judgment. Further, insofar as plaintiff relied on affidavits and documentary evidence in support of its motion, given the early stage of discovery, Supreme Court did not err in denying summary judgment as premature (*see* CPLR 3212 [f]). Concur—Friedman, J.P., Richter, Feinman, Gische and Gesmer, JJ.